# EXHIBIT "C"

**Jennifer Tobits**
**7442 N. Hoyne Avenue, Apt. 2N**
**Chicago, Illinois 60645**

November 30, 2010

*Via Facsimile and U.S. Mail*

Mr. H. Robert Fiebach
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

      Re:    Sarah Ellyn Farley

Dear Mr. Fiebach:

      Please allow this letter to respond to your November 22, 2010 correspondence, and to formally advise you that I intend to make a claim with respect to the Death Benefits of my wife, Sarah Ellyn Farley. As indicated by the attached Request for Marriage Certificates, I have ordered five certified copies of the applicable Marriage Certificate; however, I am uncertain if I will receive these copies by the December 10, 2010 deadline mentioned in your letter. In the interim, I attach a copy of the original Marriage Certificate. I have the original Certificate in my possession, and would be happy to allow you to review same here in Chicago.

      Please be advised that I have retained an attorney to represent my interests with respect to my wife's Estate. My lawyer's contact information is as follows:

Timothy J. Klein, Esq.
290 Springfield Drive, Suite 220
Bloomingdale, Illinois 60108
Phone No.: 630-893-5200
Fax No.: 630-893-5224

Sincerely,

Jennifer Tobits

JT/kl

cc:    Mr. Timothy Klein, Esq.