# EXHIBIT "D"

Part 5

# Record
## of Solemnization of
# Marriage

This is to certify that

_Sarah Ellyn Farley_ and _Jennifer Jean Tobits_

were married on _17th February 2006_
Day, month, year

in the city or town of _Toronto_
Name of city, town, village

_[signature]_
Signature of person who performed the marriage

E385842
Licence number

_[signature]_
Signature of witness

_[signature]_
Signature of witness