IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COZEN O'CONNOR, P.C., | : |
| Plaintiff, | : |
| v. | : Case No. 2:11-cv-45 |
| JENNIFER J. TOBITS | : District Judge C. Darnell Jones, II |
| and | : |
| DAVID M. FARLEY and JOAN F. FARLEY, h/w, | : |
| Defendants. | : |

## ORDER

This cause coming before the Court on David and Joan Farley's Unopposed Motion for a Brief Extension of Time to Respond to Jennifer Tobits' Motion for Judgment on the Pleadings, etc., the Court being fully advised on the premises and due notice having been given, it is HEREBY ORDERED that:

The motion is GRANTED;

The Farleys shall have until October 3, 2011, to respond to Jennifer Tobits' "Motion for Judgment on the Pleadings Regarding the Farleys' Cross-Claim And Counterclaim for Relief And Her Opposition to the Farleys' Motion to Dismiss."

ENTER:

_____
The Hon. C. Darnell Jones, II
United States District Judge

Sept 27, 2011