IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COZEN O'CONNOR, P.C., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-45 |
| v. | : | |
| JENNIFER J. TOBITS, *et al.* | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 15th day of December, 2011, it is hereby ORDERED that:

1. The Motion to Intervene (Docket No. 58) is GRANTED.

2. The Motions for Leave to File *Amicus* Brief (Docket Nos. 75; 76; 77; 78; 79; and 80) are GRANTED. The Clerk of Court shall appropriately docket the proposed *amicus* briefs.

3. The Motion for Leave to File a Reply Brief (Docket No. 51) is GRANTED and the Motion to Strike (Docket No. 56) is DENIED. However, the parties are strongly cautioned that future filings which do not comport <u>in every respect</u> with this Court's Policies and Procedures (available at www.paed.uscourts.gov) may be stricken either *sua sponte* or upon motion. The Court expects the parties to familiarize themselves with relevant rules and adhere to them.

4. The oral argument on the Motion to Intervene scheduled for January 10, 2012, is canceled.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II, U.S.D.J.