UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COZEN O'CONNOR, P.C., | |
| Plaintiff, | Case Number 2:11-cv-00045 |
| v. | |
| JENNIFER J. TOBITS and | Judge:  C. Darnell Jones, II |
| DAVID M. FARLEY and | |
| JOAN F. FARLEY, h/w, | |
| Defendants. | |

**JENNIFER TOBITS'S NOTICE OF SUPPLEMENTAL AUTHORITIES**

Jennifer Tobits respectfully submits this notice of supplemental authority relating to the Court's

October 27, 2011 Order requesting briefing on the constitutionality of DOMA.  Dkt. No. 55.  Ms.

Tobits argues that DOMA, by its plain terms, does not apply to the Cozen O'Connor Profit Sharing

Plan since the plan is controlled by contract law principles and contains its own definition of the

term "spouse."  Dkt. No. 73 at 5.  Even if the Plan were ambiguous in some way, the doctrine of

constitutional avoidance requires the Court to exhaust every other reasonable construction of the

statute to avoid adopting a construction that would raise serious constitutional issues.  *Id.*  If the Court

nonetheless determines that DOMA applies to the Plan, as Cozen and the Farleys urge, DOMA

violates both the equal protection and due process guarantees of the United States Constitution.  *Id.* at

6-33.  Ms. Tobits argues that DOMA is subject to, and fails, heightened scrutiny because it

discriminates on the basis of sex and sexual orientation, but that the law fails even rational basis

review.  *Id.*

The recent First Circuit Court of Appeal decision, *Massachusetts v. U.S. Dept. of Health and*

*Human Services*, 2012 WL 1948017 (1st Cir. May 24, 2012), supports Ms. Tobits's arguments.  The

1

First Circuit determined that DOMA should be subject to a more searching rational basis review in light of its impact on minority interests and its federalism concerns: "We conclude, without resort to suspect classifications or any impairment of *Baker*, that the rationales offered do not provide adequate support for section 3 of DOMA…If we are right in thinking that disparate impact on minority interests and federalism concerns both require somewhat more in this case than almost automatic deference to Congress' will, this statute fails that test." *Id.* at *10.

In addition, on May 24, 2012, a decision in *Dragovich v. United States Dept. of the Treasury*, 2012 WL 1909603 (N.D. Cal. May 24, 2012) was also issued. In *Dragovich*, the court analyzed whether DOMA violates the U.S. Constitution in a case involving plaintiffs' participation in a long-term care insurance program maintained by the California Public Employees' Retirement System (CalPERS). The court concluded that DOMA fails even rational basis review: "In sum, the legislative record contains evidence of anti-gay animus and the BLAG has failed to establish that § 3 of DOMA is rationally related to a legitimate government interest." *Id.* at *14.

Dated: June 4, 2012                      Respectfully submitted,

                                         */s/ Amy Whelan*
                                         Amy Whelan, Esquire
                                         Shannon P. Minter, Esquire
                                         Christopher Stoll, Esquire
                                         National Center for Lesbian Rights
                                         870 Market Street, Suite 370
                                         San Francisco, CA 94102
                                         Admitted *Pro Hac Vice*

                                         Teresa S. Renaker, Esquire
                                         Nina Wasow, Esquire
                                         Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
                                         476 - 9th Street
                                         Oakland, CA 94607
                                         Admitted *Pro Hac Vice*
                                         Attorneys for Defendant/Counterclaim Plaintiff/Cross-Claimant Jennifer J. Tobits

Benjamin L. Jerner, Esquire
Tiffany L. Palmer, Esquire
Jerner & Palmer, P.C.
5401 Wissahickon Avenue
Philadelphia, PA 19144

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

COZEN O'CONNOR, P.C.,

    Plaintiff

        v.

JENNIFER J. TOBITS and
DAVID M. FARLEY and
JOAN F. FARLEY, h/w,

    Defendants

Case Number 2:11-cv-00045

Judge:  C. Darnell Jones, II

## CERTIFICATE OF SERVICE

    I, Amy Whelan, hereby certify that a copy of Cross-Claimant Jennifer J. Tobits's "Notice of Supplemental Authority" was served this 4th day of June 2012 upon all counsel via the Court's CM/ECF system.  This document is available for viewing and downloading from the CM/ECF system.

                                              */s/ Amy Whelan*
                                            Amy Whelan, Esquire