**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

COZEN O'CONNOR, P.C.,                            )
                                                 )
                              Plaintiff,          )
                                                 )          No. 2:11-cv-00045
                  v.                              )
                                                 )          Judge:  C. Darnell Jones, II
JENNIFER J. TOBITS, *et al*.,                     )
                                                 )
                              Defendants,          )
                                                 )
BIPARTISAN LEGAL ADVISORY GROUP OF                )
THE U.S. HOUSE OF REPRESENTATIVES,                )
                                                 )
                              Intervenor.          )
_____)

**RESPONSE OF INTERVENOR THE BIPARTISAN LEGAL ADVISORY GROUP
OF THE U.S. HOUSE OF REPRESENTATIVES
TO JENNIFER TOBITS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The House hereby responds to Jennifer Tobits' notice of supplemental authority dated

July 13, 2012 (Dkt. No. 128).  That notice concerns *Windsor v. United States*, 833 F. Supp. 2d

394 (S.D.N.Y. June 6, 2012).

The *Windsor* district court followed the First Circuit's decision in *Massachusetts v. U.S.

Dep't of Health & Human Servs.*, 682 F.3d 1 (1st Cir. May 31, 2012).  As the House has

previously explained,[1] in *Massachusetts*, the First Circuit held that (a) Section 3 of the Defense

of Marriage Act ("DOMA") is not subject to strict, intermediate, or any form of heightened

scrutiny and (b) DOMA survives ordinary rational basis review.  682 F.3d at 8-9.  Yet the

*Massachusetts* court held that DOMA is invalid under a previously unknown standard of

review—"intensified scrutiny"—that combined equal protection analysis with federalism

_____

[1] *See* Response of [the House] to Jennifer Tobits' Notice of Supplemental Authority, Dkt. No.
126 (June 11, 2012).

concerns.  *Id.* at 10.  The *Windsor* district court applied this same "intensified scrutiny" standard of review.  833 F. Supp. 2d at 402.

Because the *Massachusetts* case was wrongly decided, and because of the importance of the case, the House on June 29, 2012, filed a petition for a writ of certiorari seeking Supreme Court review of the First Circuit's decision.  *See Bipartisan Legal Advisory Group of the U.S. House of Representatives v. Gill*, S. Ct. No. 12-13.  A copy of the House's petition for certiorari is attached hereto as Exhibit 1.  The House's petition sets forth the reasons why the Supreme Court should review—and reject—the First Circuit's "intensified scrutiny" standard of review and its ruling that DOMA is unconstitutional.  For the same reasons, this Court should follow neither *Massachusetts* nor *Windsor*.

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
Paul D. Clement
H. Christopher Bartolomucci
Conor B. Dugan
Nicholas J. Nelson

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C.  20036
202/234-0090 (phone); 202/234-2806 (fax)

*Counsel for Intervenor-Defendant*
*the Bipartisan Legal Advisory Group of the*
*United States House of Representatives*

2

*Of Counsel:*

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Todd B. Tatelman, Assistant Counsel
Mary Beth Walker, Assistant Counsel

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202/225-9700 (phone); 202/226-1360 (fax)

Dated:  July 18, 2012

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2012, I electronically filed the foregoing Response of Intervenor the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Jennifer Tobits' Notice of Supplemental Authority with the Clerk of the Court for the U.S. District Court for the Eastern District of Pennsylvania using the CM/ECF system.  I further certify that all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
