IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COZEN O'CONNOR, P.C., ) | |
| ) | |
| Plaintiff, ) | No. 2:11-cv-00045 |
| ) | |
| v. ) | Judge: C. Darnell Jones, II |
| ) | |
| JENNIFER J. TOBITS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION OF the Unopposed Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant ("Motion"), and the entire record herein, it is by the Court this 11th day of July, 2013, ORDERED

That the Motion is GRANTED.

_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE

1