IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COZEN O'CONNOR, P.C., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-0045 |
| | : | |
| v. | : | |
| | : | |
| JENNIFER J. TOBITS, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 15th day of July, 2013, it is hereby ORDERED that the above-captioned action is REMOVED FROM SUSPENSE and placed on the Court's active docket.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,   U.S.D.J.