IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COZEN O'CONNOR, P.C., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-0045 |
| | : | |
| v. | : | |
| | : | |
| JENNIFER J. TOBITS, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 29th day of July 2013, upon consideration of Cozen O'Connor's First Amended Complaint for Interpleader, dated January 24, 2011 (Dkt. No. 3); Defendant Farleys' Answer, Counterclaim, and Crossclaim, dated August 1, 2011 (Dkt. No. 14); Defendant Tobits' Answer, Affirmative Defenses, Counterclaim and Cross-Claims To Interpleader First Amended Complaint, dated August 1, 2011 (Dkt. No. 15); Defendant Farleys' Motion To Dismiss Jennifer J. Tobits' Crossclaims Pursuant to FRCP 12(b)(6), dated August 22, 2011 (Dkt. No. 25); Plaintiff Cozen O'Connor's Motion for Judgment on the Pleadings Pursuant to Rule 12(c), dated September 8, 2011, (Dkt. No. 31); Cross-Claimant Tobits' Motion for Judgment on the Pleadings as to the Farleys' Cross-Claim and Counterclaim For ERISA Relief, dated September 13, 2011, (Dkt. No. 36), and the various responses thereto, it is hereby ORDERED that:

1) Pursuant to the terms of the Cozen O'Connor Profit-Sharing Plan and applicable law, Jennifer Tobits is the "surviving Spouse" of Sarah Ellyn Farley;

2) Cozen O'Connor's First Amended Complaint for Interpleader is GRANTED to the extent that Cozen shall pay into the Registry of the Court all amounts due under the Plan;

3) As Sarah Ellyn Farley's "surviving Spouse," Defendant Jennifer Tobits is entitled to an award of all monies paid in the Registry of the Court after the deposit is completed;

4) Plaintiff Cozen O'Connor is entitled to discharge of future liability to Defendants Jennifer Tobits and the Farleys concerning the distribution of the Plan's death benefits;

5) Defendants and Cross-Claimants Farleys' Motion to Dismiss is DENIED;

6) All other pending Motions are DENIED as MOOT; and

7) The Parties shall bear their own costs and attorneys' fees.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES, II     J.