IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COZEN O'CONNOR, P.C.,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:11-cv-45 |
| **JENNIFER J. TOBITS** | : District Judge C. Darnell Jones, II |
| and | : |
| **DAVID M. FARLEY and JOAN F. FARLEY, h/w,** | : |
| **Defendants.** | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendants David and Joan Farley hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's July 29, 2013 Memorandum (dkt. 144) and Order (dkt. 145) holding that "Pursuant to the terms of the Cozen O'Connor Profit-Sharing Plan and applicable law, Jennifer Tobits is the 'surviving Spouse' of Sarah Ellyn Farley" and that "As Sarah Ellyn Farley's 'surviving Spouse,' Defendant Jennifer Tobits is entitled to an award of all monies paid in the Registry of the Court after the deposit is completed" and denying Defendants and Cross-Claimants Farleys' Motion to Dismiss.

Respectfully submitted,

/s/Peter Breen

Of Counsel:
Thomas Brejcha
Peter Breen
Thomas More Society
19 South LaSalle St. – Suite 603
Chicago, IL 60603
Telephone 312-782-1680
Facsimile 312-782-1887

Randall L. Wenger
Independence Law Center
23 North Front Street, Second Floor
Harrisburg, Pennsylvania 17101
Telephone 717-657-4990
Facsimile 717-545-8107

## **CERTIFICATE OF SERVICE**

     I, Peter Breen, an attorney herein, certify that I caused this Notice of Appeal to be served on all counsel via the Court's CM/ECF system on Wednesday, August 28, 2013.

/s/Peter Breen