# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COZEN O'CONNOR, P.C.

C.A. #11-45
District Court Docket Number

vs.

JENNIFER J. TOBITS, ET AL

Notice of Appeal Filed 8/28/13
Court Reporter(s)/ESR Operator(s)      ESR

Filing Fee:
      Notice of Appeal_____Paid __X_Not Paid _____Seaman
      Docket Fee      _____Paid __X_Not Paid _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending


Defendant's Address (for criminal appeals)




Prepared by: s/Kim Williams _____

Deputy Clerk/Signature/Date


**PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS**

notapp.frm