IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COZEN O'CONNOR, P.C., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Case No. 2:11-cv-45 |
| | : |
| JENNIFER J. TOBITS | : District Judge C. Darnell Jones, II |
| | : |
|     and | : |
| | : |
| DAVID M. FARLEY and | : |
| JOAN F. FARLEY, h/w, | : |
| | : |
|     Defendants. | : |

## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. APP. P. 42

Defendants David and Joan Farley, by their undersigned counsel, hereby move for voluntary dismissal of their appeal in this case, pursuant to Fed. R. App. P. 42, and for all other relief on the premises to which they may be justly entitled.

                                      Respectfully submitted,

                                      /s/Peter Breen

Of Counsel:
Thomas Brejcha
Peter Breen
Thomas More Society
19 South LaSalle St. – Suite 603
Chicago, IL 60603
Telephone 312-782-1680
Facsimile 312-782-1887

Randall L. Wenger
Independence Law Center
23 North Front Street, Second Floor
Harrisburg, Pennsylvania 17101
Telephone 717-657-4990
Facsimile 717-545-8107

## CERTIFICATE OF SERVICE

I, Peter Breen, an attorney herein, certify that I caused this Motion for Voluntary Dismissal Pursuant to Fed. R. App. P. 42 to be served on all counsel via the Court's CM/ECF system on Friday, August 30, 2013.

/s/Peter Breen