IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COZEN O'CONNOR, P.C., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-0045 |
| | : | |
| v. | : | |
| | : | |
| JENNIFER J. TOBITS, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 23rd day of September 2013, upon consideration of the Motion for Voluntary Dismissal Pursuant to Fed. R. App. P. 42 (Dkt. No. 148) filed by Defendants David and Joan Farley, said Motion is GRANTED as unopposed.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II     J.